IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KEVIN POLLINS                                                                                            PLAINTIFF

v.                                            Civil No. 6:18-cv-06015

PRESIDENT DONALD TRUMP and
BARACK OBAMA                                                                                         DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed February 9, 2018, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that Plaintiff's Complaint be dismissed with prejudice, finding that the claims made in the Complaint are frivolous and Defendants are immune from any civil liability for their official acts.

While Plaintiff has filed objections to the Report and Recommendation, the objections are not directly responsive to the Report and Recommendation. Specifically, Plaintiff appears to object to the undersigned's referral of this matter to Judge Bryant and requests that Judge Bryant recuse himself. The Court finds that Plaintiff's objection lacks merit as he has failed to identify any basis for recusal. *See Rossbach v. United States*, 878 F.2d 1088, 1089 (8th Cir. 1989) (finding that there is no basis for recusal "absent a showing of personal bias or prejudice arising from an extrajudicial source."). Accordingly, the Court overrules Plaintiff's objections.

Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 26th day of February, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge